IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00263-WYD-KMT

WILDEARTH GUARDIANS,

     Plaintiff,

v.

KEN SALAZAR, in his official capacity as United States Secretary of the Interior,

     Defendant.

---

## ORDER

---

The Court, having considered Defendant's Unopposed Motion to Temporarily Stay All Proceedings and Memorandum in Support, and finding good cause therefore,

ORDERS that Defendant's Unopposed Motion to Temporarily Stay All Proceedings (doc. # 7) filed April 13, 2010, is **GRANTED**. In accordance therewith, it is

ORDERED that all proceedings in this action are **STAYED** until the Judicial Panel on Multidistrict Litigation decides Defendant's Motion to Transfer Actions filed on March 29, 2010. Upon receipt of the Judicial Panel's decision, counsel for Defendant shall file a notice with the Court, and counsel for the parties shall promptly confer and, if necessary, file a status report with the Court.

Dated this 13th day of April, 2010.

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    CHIEF UNITED STATES DISTRICT JUDGE